# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00651-CR

**Giacomo Mancuso, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-25-301278, THE HONORABLE CHANTAL ELDRIDGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Giacomo Mancuso seeks to appeal a judgment of conviction for terroristic threat. *See* Tex. Penal Code § 22.07(e). The trial court has certified that this is a plea-bargain case and Mancuso has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: September 11, 2025

Do Not Publish